8/15/15

Dear Sir/maim.

Hello. I am writting you to inform your Records of my situation.

I am **Not** pro se. I have neither the skills nor the knowlage to represent myself in this Appellate prosses.

I am also asking to be consedered to be Declaired indigent. With no money, no assets, and no outside assistance. The reason For this Request is so that I may be Appointed Counsel by the court.

I am also asking to be informed of anything protaining to my Case (Ect. status, Dates,)

I Humbely thank you For all your assistance. Below is all the infomation that I have in hopes that it will help speed the prosses of appointing my Legal counsel.

Case # 12-15-00166-CR
Trial Court case # 2014-0496
Samuel Lancaster IV
06/14/1992
Inmate # 2004508
my current Address

Holliday unit
295 IH 45 N
Huntsville Tx 77320-8443

Respectfully Submitted

Samuel Lancaster IV

FILED IN COURT OF APPEALS
12th Court of Appeals District
AUG 24 2015
TYLER TEXAS
CATHY S. LUSK, CLERK